**CITY OF CORBIN, Kentucky, Movant, v. Mrs. G. F. WEAVER, Opposed.**

Court of Appeals of Kentucky.

Oct. 24, 1939.

M. A. Gray for movant.

Charles L. Stephens, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**CITY OF MORGANFIELD, Movant, v. Mrs. Nannie Pearl HITE, Opposed.**

Court of Appeals of Kentucky.

Nov. 24, 1939.

G. I. Drury and Drury & Drury for movant.

Withers & Lisman, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Bobby HOLT and Clarence HOLT, Movants, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Nov. 14, 1939.

Charles H. Fair for movants.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.